UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MALESZEWSKI,

       Plaintiff,                      Case No. 09-13926

v.                                  HONORABLE AVERN COHN

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

       Defendant.
       _____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against the plaintiff and the case is DISMISSED.

                                            DAVID WEAVER

Dated: April 8, 2010            By: s/Julie Owens
                                         Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 8, 2010, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160